UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYMED TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ICU MEDICAL, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. SA CV 07-1199 MRP (VBKx)<br><br>**ORDER**<br><br>Hon. Mariana R. Pfaelzer |

On April 22, 2009, the Court found the terms "neutral" and "neutral displacement" to be generic and that there can be no trademark protection for these terms. Therefore, the Court granted Defendant ICU Medical, Inc.'s Motion for Partial Summary Judgment as to Counts 1 through 7 of the First Amended Complaint for RyMed's trademark infringement claims with respect to the term "neutral." Subsequently, Claim 8 was dismissed on May 8, 2009. The Defendant's Motion for Summary Judgment for Counts 3, 6, 7, and 9 was granted in part on June 24, 2009 with respect to false advertising. Defendant's Motion for Summary Judgment on the remaining claims was granted July 30, 2009.

Accordingly, IT IS HEREBY ORDERED, pursuant to the Court's Order of April

22, 2009 finding the terms "neutral" and "neutral displacement" to be generic, that ICU Medical Inc.'s Counterclaims 1 through 4 for invalidity and cancellation of the "neutral" and "neutral displacement" trademarks are hereby GRANTED.

    IT IS FURTHER ORDERED that ICU Medical Inc.'s Counterclaim 5 for non-infringement of the "neutral" and "neutral displacement" trademarks is dismissed as moot.

    IT IS FURTHER ORDERED that pursuant to 15 U.S.C. § 1119, the Director of the Patent and Trademark Office shall cancel U.S,. Registration No. 3,168,566 for the term "neutral" and U.S. Registration No. 3,337,575 for the term "neutral displacement."

**IT IS SO ORDERED.**

DATED: October 8, 2009

/s/ Mariana R. Pfaelzer
The Honorable Mariana R. Pfaelzer
United States District Judge