UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYMED TECHNOLOGIES, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>ICU MEDICAL, INC., a Delaware corporation,<br><br>        Defendant. | Case No. SA CV 07-1199 MRP (VBKx)<br><br>**JUDGMENT**<br><br>Hon. Mariana R. Pfaelzer |

      WHEREAS, on April 22, 2009, the Court granted Defendant ICU Medical, Inc.'s ("ICU's") Motion for Partial Summary Judgment as to Counts 1 through 7 of the First Amended Complaint for trademark infringement and false advertising claims with respect to ICU's use of the term "neutral." On May 1, 2009, subsequent to a stipulation by the parties, Count 8 of the First Amended Complaint was dismissed with prejudice. On June 24, 2009, the Court granted ICU's Motion for Partial Summary Judgment as to Counts 3, 6, 7, and 9 of the First Amended Complaint with respect to the following representations in the ICU Assessment document, Critical Differences Document, and elsewhere: Connector performance: coring, leaking, luer incompatibility, and functional

1  integrity; FDA issues - product recall, warning letter, and shut-down; Patent litigation;
2  and Product trials. On July 30, 2009, following RyMed Technologies, Inc.'s
3  ("RyMed's") filing of a statement of non-opposition, the Court granted ICU's Motion
4  for Summary Judgment as to Counts 3, 6, 7, and 9 of the First Amended Complaint with
5  respect to the remaining issues regarding the following representations in the Critical
6  Differences Document: Connector Performance: off-label use, microbial integrity, and
7  incompatibility with blood. On today's date, the Court granted ICU's Counterclaims 1
8  through 4 for invalidity and cancellation of the "neutral" and "neutral displacement"
9  trademarks based upon its April 22, 2009 Order, ordered the cancellation of the
10 "neutral" and "neutral displacement" trademarks, and dismissed ICU's Counterclaim 5
11 as moot.

   Having resolved all Counts and Counterclaims, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff RyMed Technologies, Inc. takes nothing, and judgment is entered in favor of Defendant ICU Medical, Inc.

   **IT IS SO ORDERED.**

DATED: October 8, 2009

_____
The Honorable Mariana R. Pfaelzer
United States District Judge